UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IDA M. HUMENIUK**, | ) | Case No. 5:10 CV 0237 |
| | ) | |
| Plaintiff, | ) | Judge John R. Adams |
| | ) | |
| vs. | ) | REPORT AND RECOMMENDATION |
| | ) | OF MAGISTRATE JUDGE |
| | ) | (Regarding ECF # 14) |
| **MICHAEL J. ASTRUE,** | ) | |
| COMMISSIONER OF SOCIAL | ) | |
| SECURITY | ) | |
| Defendant. | ) | Magistrate Judge James S. Gallas |
| | ) | |

The parties have moved jointly for entry of judgement with remand under sentence four of 42 U.S.C. §405(g). (See ECF # 14). It is recommended that in accord with the joint motion for entry of judgment with remand, that judgement be entered reversing the decision of the Commissioner and remanding this matter to the Commissioner pursuant to the fourth sentence of 42 U.S. C. §405(g), for further proceedings consistent with the agreement contained in the joint motion.

Further due to the stipulated nature of this request, it is recommended that the Court need not delay for the 14 day period to receive objection.

                                                            s/James S. Gallas
                                        United States Magistrate Judge